# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

REGINALD MILLNER,                                    :
                                                     :
     Plaintiff,                                    :
                                                     :
     v.                                            :        C.A. No. 12-1137-GMS
                                                     :
STATE OF DELAWARE DEPARTMENT                         :
OF EDUCATION, an agency under the                    :
State of Delaware, GLENDA RIEDMILLER,                :
Individually and in her official capacity,           :
JOHN MOYER III, individually and                     :
in his official capacity, LILLIAN LOWERY,            :
individually and in her official capacity,           :
LINDA ROGERS, individually and in her                :
official capacity, DANIEL CRUCE, individually        :
and in his official capacity, MARY COOKE,            :
individually and in her official capacity,           :
MICHAEL STETTER, individually and                    :
in his official capacity, and MARK MURPHY,           :
in his official capacity only,                       :
                                                     :
     Defendants.                                   :

## STIPULATION AND FINAL ORDER OF DISMISSAL

     IT IS HEREBY STIPULATED AND AGREED on this _____ day of October, 2014,

pursuant to Fed. R. Civ. P. 41, that the above-captioned matter is hereby dismissed with

prejudice. The parties shall bear their own costs, including attorneys' fees. The parties agree

that this Stipulation shall be entered as a Final Order of the Court, and that the Court should

retain jurisdiction over this matter solely for the purpose of enforcement of the Settlement

Agreement and General Release to which the Parties have entered into and which are

incorporated herein by reference.

MARTIN D. HAVERLY
ATTORNEY AT LAW

/s/ Martin D. Haverly
Martin D. Haverly, ID No. 3295
1011 Centre Road, Suite 11
Wilmington, DE 19805
(302) 994-2255
Martin@HaverlyLaw.com

*Attorney for Plaintiff*

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Devera B. Scott
Devera B. Scott, ID No. 4756
Deputy Attorney General
102 W. Water St., 3rd Floor
Dover, DE 19901
(302) 257-3218
Devera.Scott@state.de.us

Scott W. Perkins, ID No. 5049
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Scott.Perkins@state.de.us

*Defendants, State of Delaware Department of Education, Glenda Riedmiller, John Moyer III, Lillian Lowery, Linda Rogers, Daniel Cruce, Mary Cooke, Michael Stetter, and Mark Murphy*

Dated:  October 9, 2014

Dated:  October 9, 2014

SO ORDERED this _____ day of _____, 2014.


_____
The Honorable Gregory M. Sleet
United States District Judge