# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGINALD MILLNER, | : |
|     Plaintiff, | : |
| v. | :    C.A. No. 12-1137-GMS |
| STATE OF DELAWARE DEPARTMENT OF EDUCATION, an agency under the State of Delaware, GLENDA RIEDMILLER, Individually and in her official capacity, JOHN MOYER III, individually and in his official capacity, LILLIAN LOWERY, individually and in her official capacity, LINDA ROGERS, individually and in her official capacity, DANIEL CRUCE, individually and in his official capacity, MARY COOKE, individually and in her official capacity, MICHAEL STETTER, individually and in his official capacity, and MARK MURPHY, in his official capacity only, | : |
|     Defendants. | : |

## STIPULATION AND FINAL ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED on this 10th day of October, 2014, pursuant to Fed. R. Civ. P. 41, that the above-captioned matter is hereby dismissed with prejudice. The parties shall bear their own costs, including attorneys' fees. The parties agree that this Stipulation shall be entered as a Final Order of the Court, and that the Court should retain jurisdiction over this matter solely for the purpose of enforcement of the Settlement Agreement and General Release to which the Parties have entered into and which are incorporated herein by reference.

| | |
|---|---|
| MARTIN D. HAVERLY<br>ATTORNEY AT LAW<br><br>*/s/ Martin D. Haverly*<br>Martin D. Haverly, ID No. 3295<br>1011 Centre Road, Suite 11<br>Wilmington, DE 19805<br>(302) 994-2255<br>Martin@HaverlyLaw.com<br><br>*Attorney for Plaintiff*<br><br><br><br><br><br>Dated: October 9, 2014 | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE<br><br>*/s/ Devera B. Scott*<br>Devera B. Scott, ID No. 4756<br>Deputy Attorney General<br>102 W. Water St., 3rd Floor<br>Dover, DE 19901<br>(302) 257-3218<br>Devera.Scott@state.de.us<br><br>Scott W. Perkins, ID No. 5049<br>Deputy Attorney General<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>Scott.Perkins@state.de.us<br><br>*Defendants, State of Delaware Department of Education, Glenda Riedmiller, John Moyer III, Lillian Lowery, Linda Rogers, Daniel Cruce, Mary Cooke, Michael Stetter, and Mark Murphy* |

SO ORDERED this _10th_ day of _____, 2014.

Dated: October 9, 2014

The Honorable Gregory M. Sleet
United States District Judge